AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
E-filing
for the

Northern District of California

| | |
|---|---|
| THOMAS JOSEPH BARNES <br> Plaintiff <br> v. <br> CITY AND COUNTY OF SAN FRANCISCO, et al. <br> Defendant | ) ) ) ) ) ) ) ) | Civil Action No.

**Summons in a Civil Action**

To:   See Attachment A
      *(Defendant's name)*

**CRB**

A lawsuit has been filed against you.

    Within ⓖ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Richard W. Wieking
Name of clerk of court
MARY ANN BUCKLEY

Date:   MAR 28

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

UNITED STATES DISTRICT COURT
For the
Northern District of California

**Summons in a Civil Action**
ATTACHMENT A

To:   CITY AND COUNTY OF SAN
      FRANCISCO, a municipal entity,
      SAN FRANCISCO POLICE DEPARTMENT,
      POLICE OFFICER JOSHUA T. PHILLIPS,
      POLICE OFFICER ROYER, POLICE
      OFFICER TERRITO, POLICE OFFICER WOOD
      And DOES 1-100, Jointly and Severally,