DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
351 California Street, Suite 900
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
THOMAS JOSEPH BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH BARNES, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITY AND COUNTY OF SAN ) <br> FRANCISCO, a municipal entity, ) <br> SAN FRANCISCO POLICE ) <br> DEPARTMENT, POLICE OFFICER ) <br> JOSHUA T. PHILLIPS, POLICE ) <br> OFFICER ROYER, POLICE ) <br> OFFICER TERRITO, POLICE ) <br> OFFICER WOOD and DOES 1-100, ) <br> Jointly and Severally, ) <br> ) <br> Defendants. ) | Case No. CV 08-01689 CRB <br><br> NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN pursuant to the Federal Rules of Civil Procedure Rule 41 (a), that Plaintiff THOMAS JOSEPH BARNES, by and through his attorneys, the HELBRAUN LAW FIRM, hereby voluntarily dismisses this action without prejudice.

DATED: June 12, 2008                   HELBRAUN LAW FIRM


_____/s/_____
DAVID M. HELBRAUN
Attorneys for Plaintiff
THOMAS JOSEPH BARNES

**VOLUNTARY DISMISSAL**                                                                 1